**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────

**RICHARD STRYKER,**

                **Plaintiff,**         **16-cv-9424 (JGK)**

     - against -                           <u>**ORDER**</u>

**HSBC SECURITIES (USA), ET AL.,**

                **Defendants.**
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff filed a notice of motion to reopen discovery, dated November 19, 2019 (Dkt. No. 227). The defendants filed an opposition to this motion on November 27, 2019 (Dkt. No. 230). The plaintiff filed another notice of motion to reopen discovery, dated December 6, 2019 (Dkt. No. 233). The text of both notices of motion in Dkt. Nos. 227 & 233 are the same, but Dkt. No. 233 also attached a declaration in support of the motion to reopen. The defendant may submit any further opposition to the motion to reopen by **December 23, 2019**. The plaintiff may file any reply by **January 6, 2020**.

**SO ORDERED.**

Dated:    **New York, New York**
            **December 13, 2019**      _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                       **United States District Judge**

*Copy mailed to pro se party at docket address*