**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————————————
**RICHARD STRYKER,**

                    **Plaintiff,**              **16-cv-9424 (JGK)**

         **- against -**                          **ORDER**

**HSBC SECURITIES (USA), ET AL.,**

                      **Defendants.**
———————————————————————————————

**JOHN G. KOELTL, District Judge:**

      The Court has received the defendants' letter dated December 20, 2019. The letter noted that the current Exhibits E through N of the plaintiff's opposition, filed on ECF as Dkt. No. 232-2, contain material for a different case. It also noted that the actual Exhibits E through N of the plaintiff's opposition that the defendants received in hard copy contained an Exhibit H, which had sensitive information that should have been redacted. The defendants filed a redacted version of the plaintiff's Exhibits E through N on ECF, as pages 3 to 130 of Dkt. No. 235. This redacted version is the hard copy of Exhibits E through N that was served on the defendants by the plaintiff, except that confidential information from Exhibit H has been redacted.

The Court orders the Clerk of Court to strike what is currently filed as Dkt. No. 232-2 and replace it with pages 3 to 130 of Dkt. No 235. The Court also orders the Clerk to return the original copies of Exhibits E through N of the plaintiff's opposition to the plaintiff by mail.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **December 23, 2019**        \_\_\_\_\_/s/ John G. Koeltl\_\_\_\_\_
                                                      **John G. Koeltl**
                                         **United States District Judge**

[Copy mailed by Chambers to pro se plaintiff at docket address]