UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD STRYKER,                             :
                                             :
                           Plaintiff,        :
        -against-                            :            **ORDER**
                                             :         16 CV 9424 (JGK) (KNF)
HSBC SECURITIES (USA) INC, HSBC              :
BANK USA, N.A., ANDREW IRELAND,              :
DANIEL ANNIELLO, SHALINI GUGLANI             :
and PETER FOGLIO,                            :
                                             :
                           Defendants.       :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that on or before October 6, 2020 the parties shall submit their joint pretrial order to the court. That document must comply with the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York          SO ORDERED:
       September 8, 2020

                                              _/s/ Kevin Nathaniel Fox_____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE