UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD STRYKER,                            16-cv-9424 (JGK)

      Plaintiff,

  - against -                              ORDER

HSBC SECURITIES (USA), ET AL.,

      Defendants.

---

JOHN G. KOELTL, District Judge:

    Counsel for the defendants has asked for models for jury
charges. Parties should consult charges used by the Judge in
similar cases and the model charge descriptions in the Sands,
Siffert, Loughlin, Reiss, Allen, Rakoff, and Epstein treatise on
Modern Federal Jury Instructions-Civil.

SO ORDERED.

Dated:    New York, New York
        October 29, 2020

                                John G. Koeltl
                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: _10-29-20_

Copy mailed to pro se party(ies)
at docket address

1