UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD STRYKER,                                   :
                                                   :
       Plaintiff,                              :
                                                   :       ORDER
   -against-                                     :
                                                   :       16-CV-9424 (JGK)(KNF)
HSBC SECURITIES (USA) INC, HSBC BANK USA,          :
N.A., and ANDREW IRELAND, DANIEL ANNIELLO,         :
SHALINI GUGLANI and PETER FOGLIO,                  :
                                                   :
       Defendants.                             :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephone conference will be held with the parties on November 5, 2020, at 2:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. Please be advised that a court reporter will attend the conference via telephone.

Dated: New York, New York                       SO ORDERED:
       November 4, 2020

                                                _____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE