```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**RICHARD STRYKER,**

                Plaintiff,        16-cv-9424 (JGK)

    - against -              ORDER

**HSBC SECURITIES (USA) INC., ET AL.,**

                Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court will accept the plaintiff's motion in limine. See ECF 303, 307, 309. The Court also accepts the opposition papers previously filed by the defendants. See ECF 300-02. The plaintiff may reply to the defendants' opposition papers **January 19, 2021.** The parties should attempt to cooperate and avoid bickering. The Clerk is directed to close Docket No. 303. Chambers will email a copy of this Order to the pro se plaintiff at the email address listed on the docket.

    **SO ORDERED.**

**Dated:**    New York, New York
            January 12, 2021        /s/ John G. Koeltl
                                             **John G. Koeltl**
                                      **United States District Judge**