UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD STRYKER,

                    Plaintiff,

      - against -

HSBC SECURITIES (USA) INC., ET AL.,

                    Defendants.

16-cv-9424 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants are requested promptly to provide the Court with a courtesy copy of the Joint Pre-Trial Order and complete copies of all motions in limine filed by the plaintiff and by the defendants.

    SO ORDERED.

Dated:    New York, New York
           May 18, 2021

                                      /s/ John G. Koeltl
                                    John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-2021