UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD STRYKER,

        Plaintiff,

- against -

HSBC SECURITIES (USA), ET AL.,

        Defendants.

---

16-cv-9424 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

JOHN G. KOELTL, District Judge:

The parties should submit deposition transcripts to be offered by September 3, 2021. Trial is scheduled for November 8, 2021. The final pre-trial conference is scheduled for October 28, 2021 at 4:00 p.m. Each side will have 8 hours for examination of witnesses at trial.

For the reasons stated at the June 24, 2021 conference, the plaintiff's motion in limine is granted in part and denied in part, and the defendants' motions in limine are granted in part and denied in part. The plaintiff's motion to amend the Joint Pre-Trial Order is granted in part and denied in part. The Clerk is directed to close all pending motions. A copy of this Order will be emailed to the pro se plaintiff at the email address listed on the docket.

SO ORDERED.

Dated: New York, New York
       June 28, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                               United States District Judge