UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD STRYKER,                                :
                                                :
                            Plaintiff,          :
       -against-                                :           **ORDER**
                                                :           16 CV 9424 (JGK) (KNF)
HSBC SECURITIES (USA) INC, HSBC                 :
BANK USA, N.A., ANDREW IRELAND,                 :
DANIEL ANNIELLO, SHALINI GUGLANI                :
and PETER FOGLIO,                               :
                                                :
                            Defendants.         :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiff's request that the September 2, 2021 settlement conference be canceled, Docket Entry No. 337, is denied

. Dated  New York, New York            SO ORDERED:
       August 31, 2021

                                                _Kevin Nathaniel Fox_
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE