UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD STRYKER,

                Plaintiff,

    - against -

HSBC SECURITIES (USA), ET AL.,

                Defendants.

---

16-cv-9424 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants should respond to the outstanding motion in limine, ECF No. 353, regarding Exhibits 113-122, by **November 2, 2021**. The plaintiff may reply by **November 4, 2021**.

The plaintiff should produce the proposed redacted SEC filings to the defendants by **November 2, 2021**. The defendants may respond by **November 4, 2021**.

The plaintiff should notify the defendants whether the plaintiff plans to call Dr. Lloyd as a witness at trial by **November 2, 2021**. The parties should advise the Court of any issues with respect to Dr. Lloyd's testimony by **November 4, 2021**.

SO ORDERED.

Dated:    New York, New York
           October 28, 2021

                                      John G. Koeltl
                               United States District Judge