```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RICHARD STRYKER,

                Plaintiff,

    - against -

HSBC SECURITIES (USA), ET AL.,

                Defendants.

16-cv-9424 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are advised that this case is proceeding to trial beginning **November 10, 2021**. The Court will meet with the parties in **Courtroom 24A, 500 Pearl St, New York, NY 10007, at 9:00 a.m. on November 10, 2021**. The trial will occur in that courtroom. The parties can contact Mr. Fletcher to set up a familiarization tour of the Courtroom and the technology in advance of the firm trial date.

SO ORDERED.

Dated:    New York, New York
           November 1, 2021

                                            John G. Koeltl
                                   United States District Judge