UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD STRYKER,

            Plaintiff,

   - against -

HSBC SECURITIES (USA), ET AL.,

            Defendants.

16-cv-9424 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The witness discussed in ECF No. 364 may come to the Courthouse ten days after the positive test or the onset of symptoms, whichever is earlier. If the witness has severe symptoms at the time he or she would otherwise come to Court, then the witness should not come to Court. Questions should be directed to the Court's COVID response team at: Covid_Response@nysd.uscourts.gov.

SO ORDERED.

Dated:   New York, New York
          November 4, 2021

                              /s/ John G. Koeltl
                              John G. Koeltl
                           United States District Judge