UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD STRYKER,

                  Plaintiff,                        16 **CIVIL** 9424 (JGK)

       -against-                            **<u>JUDGMENT</u>**

HSBC SECURITIES USA, INC., HSBC BANK
USA, N.A., AND SHALINI GUGLANI,

                  Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Amended Complaint Doc.# 73 is hereby dismissed.

**DATED:** New York, New York
           November 22, 2021

                                                        RUBY J. KRAJICK

So Ordered:                                       Clerk of Court

                                              BY:

U.S.D.J.                                          Deputy Clerk