UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

RICHARD STRYKER,

                Plaintiff,

    - against -

HSBC SECURITIES (USA), ET AL.,

                Defendants.
───────────────────────────────

16-cv-9424 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should file any post-trial motions by February 14, 2022. The defendants should respond by February 18, 2022. The plaintiff may reply by February 23, 2022.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           February 10, 2022

                                        John G. Koeltl
                                United States District Judge